IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEON HOGAN, | ) | CASE NO. 8:04CV368 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| COX COMMUNICATIONS, L.L.C., a foreign limited liability company, | ) ) ) ) | |
| Defendant. | ) ) ) | |

This matter is before the court on the Defendant's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. (Filing No. 40). Upon consideration,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is granted. The Defendant shall have until no later than August 9, 2005, to file the Reply Brief attached to Filing No. 40.

Dated this 4th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge