# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TEON HOGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV368 |
| | ) | |
| v. | ) | |
| | ) | |
| **COX COMMUNICATIONS,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 29 be stricken from the record for the following reason:

- No Notice of Electronic Filing was produced.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 29 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge